# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JACOBS, DENNIS | Court of Appeals, 2d Circuit | 05/01/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U. S. Courthouse
40 Foley Square, Room 2301
New York, N.Y. 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Residential Cooperative |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Muni Bond: LI NY Pwr Au Elec Sys Gen Rv DTD 5/1/98 | C | Interest | | | Redeemed | 12/03/12 | M | | |
| 2. Muni Bond: Greenwich NY Cent Sch Dist Rfdg DTD 6/24/02 | B | Interest | | | Redeemed | 06/15/12 | L | | |
| 3. Muni Bond: NYS Twy Auth Svc Cont Rev Rfdg DTD 8/7/02 | B | Interest | | | Matured | 04/01/12 | L | | |
| 4. Muni Bond: NYS Dorm Au Rev Upstate CNMTY 3/3/05 | B | Interest | K | T | | | | | |
| 5. Muni Bond: NYC G/O Ser E Ref FSA 11/10/04 | B | Interest | K | T | | | | | |
| 6. Muni Bond: NYSt.Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | K | T | | | | | |
| 7. Muni Bond: NYSt. Thruway Auth. 2nd Highway & Bridge 9/8/05 | B | Interest | L | T | | | | | |
| 8. Muni Bond: NYC G/O Ser.O 6/2/05 | B | Interest | K | T | | | | | |
| 9. Muni Bond: NYC G/O Ser C 8/3/05 | B | Interest | K | T | | | | | |
| 10. Muni Bond: NYSt, Thruway Gen Rev Ser H 10/11/07 | B | Interest | K | T | | | | | |
| 11. Muni Bond: NYS UDC ST Pers Income Tax 10/9/03 | C | Interest | L | T | | | | | |
| 12. Muni Bond: Metro Govt. Nashville & Davidson Co. Elec. 3/1/01 | A | Interest | K | T | | | | | |
| 13. Muni Bond: Tampa FL Sales Tax Rev Rfdg 10/6/10 | A | Interest | K | T | | | | | |
| 14. Muni Bond: Arizona Transp. Bd. Excise Tax Ser A 11/1/07 | A | Interest | K | T | | | | | |
| 15. Muni Bond: Metro Govt. Nashville & Davidson Co. Rfdg./Ser D | A | Interest | K | T | | | | | |
| 16. Muni Bond: King Co. Wash Sch Dist. No 412 10/21/10 | A | Interest | K | T | | | | | |
| 17. Muni Bond: Baton Rouge LA Pub Impt. Sales Tax Ser B 9/28/10 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Muni Bond: Fort Bend Tex Flood Ctrl Water Supply 10/1/10 | A | Interest | K | T | | | | | |
| 19. Muni Bond: Ohio St. Rfdg Common Schs. Ser C 10/8/10 | A | Interest | K | T | | | | | |
| 20. Muni Bond: N. Carolina ST. Grant Antic Rev Vehicle 8/5/09 | A | Interest | K | T | | | | | |
| 21. Muni Bond: UConn. Ser A 5/25/10 | A | Interest | K | T | | | | | |
| 22. Muni Bond: Ohio St. Univ. Gen Rcpts Rfdg Ser D 10/6/10 | A | Interest | K | T | | | | | |
| 23. Muni Bond: Broward Co.Rfdg Prks Land Pres. 4/10/12 | A | Interest | K | T | Buy | 03/07/12 | K | | |
| 24. Muni Bond: S. Carolina St. Pub Svc Auth 11/10/10 | A | Interest | K | T | Buy | 02/13/12 | K | | |
| 25. Muni Bond: Cypress-Fairbanks Tex Indpt School Dist 2/1/12 | A | Interest | K | T | Buy | 02/14/12 | K | | |
| 26. Muni Bond: Wash St Univ Revs Gen B/E 2/23/12 | A | Interest | K | T | Buy | 02/08/12 | K | | |
| 27. Muni Bond: Columbia SC Wtrwks & SWR 3/8/12 | A | Interest | K | T | Buy | 02/23/12 | K | | |
| 28. Money Market: Morgan Stanley US Govt Money Market Trust | A | Int./Div. | N | T | Open | 07/06/12 | N | | See part VIII |
| 29. Checking: Chase Manhattan Bank, NYC | A | Interest | J | T | | | | | |
| 30. Third Federal Savings & Loan Certificate of Deposit | D | Interest | M | T | | | | | |
| 31. Fidelity Rollover IRA | G | Int./Div. | P1 | T | | | | | |
| 32. - Fidelity Cash Reserves | | | | | | | | | |
| 33. - Baron Growth Fund | | | | | Sold (part) | 07/10/12 | L | | |
| 34. - Royce Total Return Fund | | | | | Sold (part) | 07/10/12 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - American Growth Fund of America | | | | | Sold | 01/09/12 | L | | |
| 36. - Dreyfus Mid-Cap Fund | | | | | | | | | |
| 37. - Bond: Fedl Farm Cr Bks Cons Bd | | | | | Redeemed | 09/19/12 | L | | |
| 38. - Bond: Fedl Home Ln Bks Glbl 9/16/13 | | | | | | | | | |
| 39. - Bond: Fedl Home Ln Bks 02/13/15 | | | | | | | | | |
| 40. - Fidelity Contrafund | | | | | | | | | |
| 41. - Tweedy Browne Global Value Fund | | | | | | | | | |
| 42. - Bond: Fedl Farm Credit Bk 2/19/16 | | | | | Redeemed | 09/19/12 | L | | |
| 43. - Bond: Fedl Farm Credit Bks Const 6/4/18 | | | | | | | | | |
| 44. - Blackrock Global Allocation | | | | | | | | | |
| 45. - Pimco Total Return Instl | | | | | | | | | |
| 46. - Ivy Asset Strategy Fund CL 1 | | | | | | | | | |
| 47. - Morgan Stanley Global Long/Short Fund A | | | | | | | | | |
| 48. - Templeton Global Bond Advisor Class | | | | | | | | | |
| 49. - Fidelity Low Priced Stock | | | | | | | | | |
| 50. - Blackrock Equity Dividend FD-Intst | | | | | | | | | |
| 51. - Vanguard Intermediate Tax Exempt Admiral | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Limited Term Tax Exempt Admiral | | | | | | | | | |
| 53. - BBH Core Select Fund | | | | | Buy | 01/09/12 | K | | |
| 54. - BBH Core Select Fund | | | | | Buy (add'l) | 07/10/12 | L | | |
| 55. - JP Morgan Large Cap Growth Select Class | | | | | Buy | 01/09/12 | K | | |
| 56. - JP Morgan Large Cap Growth Select Class | | | | | Buy (add'l) | 0710/12 | L | | |
| 57. TIAA-CREF | A | Dividend | L | T | | | | | |
| 58. - CREF Stock Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:

Line 28: The Money Market account, formerly the Western Asset Government Money Fund Class A, is now the Morgan Stanley US Government Money Market Trust. This is an account into which proceeds of sales and interest payments are placed pending reinvestment.

| Name of Person Reporting | Date of Report |
|---|---|
| JACOBS, DENNIS | 05/01/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DENNIS JACOBS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544